No. 26-10735

# In the United States Court of Appeals for the Eleventh Circuit

CAIR FOUNDATION, ET AL.,
*Plaintiffs-Appellees,*

V.

GOVERNOR, STATE OF FLORIDA,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of Florida
No. 4:25-cv-516-MW-MJF

## MOTION FOR JUDICIAL NOTICE

JAMES UTHMEIER
  *Attorney General*

RYAN D. NEWMAN
  *Chief Deputy Attorney General*

OFFICE OF THE ATTORNEY GENERAL
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
*david.dewhirst@myfloridale-gal.com*

April 20, 2026

DAVID M.S. DEWHIRST
  *Solicitor General*

JASON J. MUEHLHOFF
JEFFREY P. DESOUSA
  *Chief Deputy Solicitors General*

TYLER E. GUSTAFSON
  *Assistant Solicitor General*

CASEY J. WITTE
  *Solicitor General Fellow*

*Counsel for Defendant-Appellant*

## MOTION FOR JUDICIAL NOTICE

1.  The Appellant, Governor Ron DeSantis, hereby moves for this Court to take judicial notice of the attached court transcript of a February 28, 2025, hearing held by Judge Mark E. Walker in *Computer & Communications Industry Association, v. Uthmeier*, No. 4:24-CV-438 (N.D. Fla.). *See* Fed. R. Evid. 201.

2.  As explained in the Governor's Initial Brief, the attached transcript is relevant to deciding whether this case should be reassigned to a different judge on remand.

3.  As demonstrated by the CM/ECF header, the transcript is a publicly accessible court record.  *See* Notice of Filing of Official Transcript, DE71, *Comput. & Commc'n Indus. Ass'n, v. Uthmeier*, No. 4:24-CV-438 (N.D. Fla. Feb. 28, 2025).

4.  By supplying the attached transcript, the Governor has provided the Court with all "necessary information" to take judicial notice.  Fed. R. Evid. 201(c)(2).

5.  As a public record, the Court has discretion to take judicial notice of the attached transcript.  *See Lozman v. City of Riviera Beach*, 713 F.3d 1066, 1075 n.9 (11th Cir. 2013) (applying Rule 201 to take judicial notice

of documents filed in another court); *U.S. ex rel. Osheroff v. Humana Inc.*, 776 F.3d 805, 811 (11th Cir. 2015) (approving district court's use of Rule 201 to take judicial notice of a "transcript of a hearing in another case"); *Universal Express, Inc. v. SEC*, 177 F. App'x 52, 53 (11th Cir. 2006) (approving district court's use of Rule 201 to take judicial notice of a complaint filed in another court).

*Wherefore*, the Governor respectfully requests that the Court extend take judicial notice of the attached transcript.

Dated: April 20, 2026

JAMES UTHMEIER
  *Attorney General*

RYAN D. NEWMAN
  *Chief Deputy Attorney General*

OFFICE OF ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
david.dewhirst@myfloridalegal.com
jenna.hodges@myfloridalegal.com

Respectfully submitted,

*/s/ David M.S. Dewhirst*
DAVID M.S. DEWHIRST
  *Solicitor General*

JEFFREY PAUL DESOUSA (FBN 110951)
JASON J. MUEHLHOFF
  *Chief Deputy Solicitors General*

TYLER E. GUSTAFSON (FBN 1049292)
  *Assistant Solicitor General*

CASEY J. WITTE (FBN 1070288)
  *Solicitor General Fellow*

*Counsel for Governor Ron DeSantis*

2

**CERTIFICATE OF COMPLIANCE**

1. This document complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 267 words.

2. This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ David M.S. Dewhirst*

**CERTIFICATE OF SERVICE**

I certify that on April 20, 2026, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ David M.S. Dewhirst*