No. 26-10735-A

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CAIR FOUNDATION, et al.,

Plaintiffs – Appellees,

v.

GOVERNOR, STATE OF FLORIDA,

Defendant – Appellant.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

**MOTION TO WITHDRAWAL AS COUNSEL**

**AHMED SOUSSI**

Senior Staff Attorney

**SOUTHERN POVERTY LAW CENTER**
400 Washington Ave
Montgomery, AL 31604
(334) 213-8303
ahmed.soussi@splcenter.org

The undersigned attorney for plaintiff-appellees, Ahmed Soussi, files this notice of withdrawal as co-counsel of record in this matter. The undersigned has taken other employment and respectfully requests to be relieved from his duties in this case.

Plaintiff-Appellees CAIR Foundation, Inc., and CAIR Florida, Inc., will remain well-represented by remaining counsel:

**Brant Levine**
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
771-215-8661
Email: brant.levine@splcenter.org

**Huey Lagarto Rey Fischer Garcia**
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
504-884-7680
Email: huey.fischergarcia@splcenter.org

**Scott D. McCoy**
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
334-922-0293
Email: scott.mccoy@splcenter.org

**Aaron Fleischer**
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104

202-536-9719
Email: aaron.fleischer@splcenter.org

**Arthur Ago**
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
202-961-9325
Email: arthur.ago@splcenter.org

**Omar Saleh**
CAIR-Florida
8076 N. 56th St.
Tampa, FL 33617
FL Bar No. 91216
(833) 224-7352
Email: osaleh@cair.com

**Lena F. Masri**
CAIR Legal Defense Fund
453 New Jersey Ave. SE
Washington, DC 20003
(202) 742-6420
Email: lmasri@cair.com

**Gadeir I. Abbas**
CAIR Legal Defense Fund
453 New Jersey Ave. SE
Washington, DC 20003
720-251-0425
Email: gabbas@cair.com

**Charles D. Swift**
Muslim Legal Fund of America TX
100 N. Central Expy., Ste. 1010
Richardson, TX 75080
(972) 914-2507
Email: cswift@clcma.org

**Shereef H. Akeel**
Akeel & Valentine, PLC
888 W. Big Beaver Rd., Ste. 350
Troy, MI 48084
(248) 269-9595
Email: shereef@akeelvalentine.com

**Samuel Simkins**
Akeel & Valentine, PLC
888 W. Big Beaver Rd., Ste. 350
Troy, MI 48084
248-269-9595
Email: sam@akeelvalentine.com

**RESPECTFULLY SUBMITTED** this, the 8th day of May 2026.

**AHMED SOUSSI**

*s/ Ahmed Soussi*
Ahmed Soussi
Louisiana Bar No.  38414
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Fax: (404) 377-0708

*Co-Counsel for Plaintiff-Appellees*