No. 26-10735

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CAIR FOUNDATION, et al.,

Plaintiffs – Appellees,

v.

GOVERNOR, STATE OF FLORIDA,

Defendant – Appellant.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

**APPELLEES' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE APPELLEE BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Local Rule 31-2(d), CAIR Foundation and CAIR-Florida respectfully move for a further extension of 10 days to file their brief as appellees, until July 2, 2026. In support of this motion, CAIR submits the following:

1.     This is an appeal from a district court's order granting CAIR's motion for a preliminary injunction. The primary issues on appeal are whether CAIR has standing and whether CAIR is substantially likely to succeed on the merits of its First Amendment claims.

1

2.      Appellant Governor of Florida filed his opening brief on April 20, 2026. CAIR then requested and was granted a 30-day extension to file its appellee brief, until June 22, 2026.

3.      Good cause exists for an additional 10-day extension of time for CAIR to file its brief:

a.      While this appeal has been pending, discovery has been proceeding in district court. Undersigned counsel is also lead counsel for the district court litigation, which has taken up more of counsel's time than expected. The Governor served CAIR with extensive discovery requests, and CAIR recently responded with over 200 pages of responses and objections. The parties have also been meeting and conferring on discovery issues and preparing for a deposition.

b.      The undersigned counsel is also busy with other pressing matters, including defending a deposition out of town in another case and assisting with four other depositions scheduled over the next month in that other case. The undersigned counsel is also scheduled to speak at conference the week of June 22.

c.    CAIR is retaining additional counsel to assist with this appeal, and additional time is needed for the undersigned counsel to consult with and coordinate with them.

4.    Appellant does not oppose this request for an extension of time.

Therefore, Appellees request that this Court extend the deadline to file their response brief until July 2, 2026.

Respectfully Submitted,

**SCOTT D. MCCOY**
Deputy Legal Director

*s/ Brant S. Levine*
**BRANT S. LEVINE**
Senior Staff Attorney

**SOUTHERN POVERTY LAW CENTER**
400 Washington Ave
Montgomery, AL 31604
(771) 215-8661
Brant.Levine@splcenter.org

Attorneys for Appellees

June 8, 2026

3

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2) because it contains 314 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f). This response also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it was prepared in Century Schoolbook 14-point font using Microsoft Word 365.

s/*Brant S. Levine*
BRANT S. LEVINE

Date: June 8, 2026