In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 26-10735
_____

CAIR-FOUNDATION, INC.,
  a Washington DC Nonprofit Corporation,
CAIR-FLORIDA, INC.,
  a Florida Nonprofit Corporation,

*Plaintiffs-Appellees,*

*versus*

GOVERNOR, STATE OF FLORIDA,

*Defendant-Appellant*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:25-cv-00516-MW-MJF
_____

ORDER:

The motion for an extension of time to and including July 2, 2026, to file Appellee's response brief is GRANTED, with the appendix, if any, due 7 days after the filing of the brief.

/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE