# In the
# United States Court of Appeals
## For the Eleventh Circuit

---

No. 26-10735

---

CAIR-FOUNDATION, INC.,
a Washington DC Nonprofit Corporation,
CAIR-FLORIDA, INC.,
a Florida Nonprofit Corporation,

*Plaintiffs-Appellees,*

*versus*

GOVERNOR, STATE OF FLORIDA,

*Defendant-Appellant.*

---

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:25-cv-00516-MW-MJF

---

ORDER:

"Appellant's Opposed Motion to Expedite Proceedings" is GRANTED to the extent that the Clerk's Office is directed to place this appeal on the next oral argument calendar with a vacancy.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION